**Donald Louis COLBERT, Jr.,
Plaintiff—Appellant,**

v.

**Mildred RIVERIA; Anita Jones; Rikan-
tas Majauskas, MD; Harrell Watts,
Administrator, Defendants—Appel-
lees,**

**and**

**Harry Leppin, a/k/a Harley G. Lappin,
Director of FBOP, Defendant.**

No. 09–8155.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 18, 2010.

Decided: Feb. 26, 2010.

Donald Louis Colbert, Jr., Appellant Pro
Se. Barbara Murcier Bowens, Assistant
United States Attorney, Columbia, South
Carolina, for Appellees.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Louis Colbert, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Colbert v. Riveria,* No. 2:09–cv–00848–CMC, 2009 WL 3417758 (D.S.C. Oct. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*